Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

United States of America
v.

Chantel Longie

Defendant

Case No. 3:20-cr-42-16

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Chantel Longie,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance;
Possession with Intent to Distribute Oxycodone
Aiding and Abetting; and
Forfeiture Allegation

Date: 02/20/2020

/s/ Jackie Stewart
*Issuing officer's signature*

Jackie Stewart, Deputy Clerk
*Printed name and title*

City and state: Fargo, ND

### Return

This warrant was received on *(date)* 02/21/2020, and the person was arrested on *(date)* 02/27/2020
at *(city and state)* Belcourt, ND.

Date: 02/27/2020

*Arresting officer's signature*

Reed Mesman - FBI SA
*Printed name and title*